IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVE LUTZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:06-cv-01177 (RMC) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Jennifer L. Vozne as attorney for the defendant in the above-captioned proceeding.

DATED: September 18, 2006.

        Respectfully submitted,

        /s/ Jennifer L. Vozne
        JENNIFER L. VOZNE
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 227
        Ben Franklin Station
        Washington, DC 20044
        Phone/Fax: (202) 307-6555/514-6866
        Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

1919945.1

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on September 18, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

> Steve Lutz
> *Plaintiff pro se*
> 3411 Boot Bay Road
> Plant City, FL 33563

                                          /s/ Jennifer L. Vozne
                                          JENNIFER L. VOZNE