UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STEVE LUTZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1177 (RMC) |

ORDER

This matter is before the Court on Defendant's Motion to Dismiss the complaint. Plaintiff Steve Lutz is advised of the following. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is hereby

**ORDERED** that Plaintiff shall respond to Defendant's Motion to Dismiss [Dkt. #3] by **November 3, 2006**. If he does not respond by that date, the Court will treat the motion as conceded and may dismiss the complaint or the case in its entirety.

**SO ORDERED**.

Signed: October 3, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge