IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEVE LUTZ, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:06-CV-01177 (RMC) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

Please enter the appearance of Pat S. Genis in substitution for Jennifer L. Vozne

in the above-referenced case.

DATE: January 29, 2007.          Respectfully submitted,

/s/ Pat S. Genis
PAT S. GENIS, #446244
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044
Phone/Fax:  (202) 307-6390/514-6866
Email: Pat.S.Genis@usdoj.gov

OF COUNSEL
JEFFREY A. TAYLOR

1                                    2190907.1

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' ENTRY OF

APPEARANCE was caused to be served upon plaintiff on January 29, 2007, by

depositing a copy in the United States' mail, postage prepaid, addressed as follows:


Steve Lutz
Plaintiff pro se
3411 Boot Bay Road
Plant City, FL 33563

/s/ Pat S. Genis
PAT S. GENIS, #446244

2190907.1