UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STEVE LUTZ,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 06-1177 (RMC) |
| **UNITED STATES,** | ) |
| **Defendant.** | ) |

## ORDER

This matter comes before the Court on Defendant's Motion to Dismiss.  Mr. Lutz failed to exhaust his administrative remedies, a prerequisite to a civil suit for damages under 26 U.S.C. § 7433, and therefore, his complaint is dismissed for failure to state a claim.  Accordingly, it is hereby

**ORDERED** that the Government's Motion to Dismiss [Dkt. #3] is granted and the Plaintiff's complaint is dismissed without prejudice; and it is

**FURTHER ORDERED** that all other pending motions are hereby denied as moot.  This is a final appealable order.  *See* Fed. R. App. P. 4(a).  This case is closed.

**SO ORDERED.**

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: July 5, 2007